UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN ROACH,<br><br>                Plaintiff,<br><br>  v.<br><br>EVERGREEN FINANCIAL SERCIES, INC., a Washington corporation; JOHN DOE; and JENNIFER DOE,<br><br>                Defendants. | NO:  2:14-CV-77-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is Plaintiff's Notice of Voluntary Dismissal Pursuant to FRCP 41(a)(1)(A)(i),  ECF No. 4.  Having reviewed the Notice and relevant filings, the Court finds good cause to approve dismissal.  Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Notice of Voluntary Dismissal, **ECF No. 4**, is **APPROVED**. Plaintiff's Complaint is **dismissed with prejudice and without costs or fees to any party**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this 19th day of June 2014.

                    *s/ Rosanna Malouf Peterson*
                    ROSANNA MALOUF PETERSON
                Chief United States District Court Judge